George Torgun (Bar No. 222085)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: george@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY MARINE CENTER, INC. and CITY OF BERKELEY<br><br>Defendants. | Civil No. 4:15-cv-03044-MEJ<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [~~PROPOSED~~] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maria-Elena James |

1  WHEREAS, on June 30, 2015, Plaintiff San Francisco Baykeeper ("Plaintiff") filed the above-
2  entitled action;

3  WHEREAS, Plaintiff's deadline to serve the complaint on Defendants Berkeley Marine
4  Center, Inc. and City of Berkeley (collectively, "Defendants") is October 28, 2015, pursuant to Fed. R.
5  Civ. P. 4(m);

6  WHEREAS, Plaintiff has thus far refrained from serving the complaint while Plaintiff and
7  Defendants (collectively, the "Parties") work together in good faith to reach a settlement agreement
8  that would avoid the need for litigation;

9  WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR
10 Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for
11 October 1, 2015 at 10:00 a.m.;

12 WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is
13 continued, the other deadlines are continued accordingly;

14 WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate
15 reaching a final settlement in this action within the next six (6) weeks;

16 WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case Management
17 Conference for November 12, 2015, at 10:00 a.m., or at such later date that is convenient for the
18 Court, in order to give the Parties a chance to complete settlement negotiations without involving the
19 resources of the Court;

20 WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the
21 Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone
22 conference no later than three weeks before the Case Management Conference;

23 WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the
24 Parties' Rule 26(f) Report and Joint Case Management Statement no later than one week before the
25 Case Management Conference;

26
27
28

REQUEST TO CONTINUE CMC --   Civil No. 4:15-cv-03044-MEJ

1
2
3

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' initial disclosures or objections in their Rule 26(f) Report no later than one week before the Case Management Conference;

4
5

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

6

DATE: September 9, 2015                                    Respectfully Submitted,

7

/s/ Nicole C. Sasaki

8
9

Nicole C. Sasaki
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to November 12, 2015 at 10:00 a.m.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than three weeks before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.
4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

IT IS SO ORDERED.

Date: September 9, 2015

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Maria-Elena James
United States District Court

REQUEST TO CONTINUE CMC -- Civil No. 4:15-cv-03044-MEJ