George Torgun (Bar No. 222085)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: george@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY MARINE CENTER, INC. and CITY OF BERKELEY<br><br>Defendants. | Civil No. 4:15-cv-03044-MEJ<br><br>SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [~~PROPOSED~~] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maria-Elena James |

WHEREAS, on June 30, 2015, Plaintiff San Francisco Baykeeper ("Plaintiff") filed the above-entitled action;

WHEREAS, Plaintiff's deadline to serve the complaint on Defendants Berkeley Marine Center, Inc. and City of Berkeley (collectively, "Defendants") is October 28, 2015, pursuant to Fed. R. Civ. P. 4(m);

WHEREAS, Plaintiff has received and filed with the Court the City of Berkeley's Executed Waiver of the Service of Summons, and is awaiting receipt of Berkeley Marine Center, Inc.'s Executed Waiver of the Service of Summons;

WHEREAS, Plaintiff and Defendants (collectively, the "Parties") have been working together in good faith to reach a settlement agreement in this action;

WHEREAS, pursuant to a request by Plaintiff (Dkt. 4), the Court continued the Initial Case Management Conference to November 12, 2015 at 10:00 a.m., and continued other deadlines in the case (Dkt. 5);

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") states that if the Initial Case Management Conference is continued, the other deadlines are continued accordingly;

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next eight (8) weeks;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case Management Conference for December 17, 2015, at 10:00 a.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference no later than three weeks before the Case Management Conference;

SECOND REQUEST TO CONTINUE CMC -- Civil No. 4:15-cv-03044-MEJ

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' Rule 26(f) Report and Joint Case Management Statement no later than one week before the Case Management Conference;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' initial disclosures or objections in their Rule 26(f) Report no later than one week before the Case Management Conference;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

DATE: October 20, 2015                                       Respectfully Submitted,

/s/ Nicole C. Sasaki
―――――――――――――――
Nicole C. Sasaki
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

[PROPOSED] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to December 17, 2015 at 10:00 a.m.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than three weeks before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.
4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

IT IS SO ORDERED.

Date: October 21, 2015

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Maria-Elena James
United States District Court